PEOPLE ex rel. NEW YORK EDISON CO. v. WELLS et al., City Com'rs of Taxes and Assessments.

(Supreme Court, Appellate Division, First Department. December 17, 1909.)

Appeal from Special Term, New York County.

From an order of the Special Term reducing an assessment for purposes of taxation, cross-appeals were taken by the People of the State of New York, on the relation of the New York Edison Company and James L. Wells and

others, as Commissioners of Taxes and Assessments of the City of New York. Affirmed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Henry J. Hemmens, for appellant.

David Rumsey, for respondents.

PER CURIAM. The objections of the relator to the order appealed from are the same as are considered in proceeding No. 3, between the same parties and decided herewith. 119 N. Y. Supp. 1059.

For the reasons therein stated, the order appealed from herein is affirmed, with costs.